VELÁZQUEZ ROSADO, DEMANDANTE APELANTE *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 2166.—Resuelto en junio 24, 1920, por los fundamentos del caso No. 2165, *Rodríguez v. Comisión de Indemnizaciones a Obreros,* de junio 22, 1920, (pág. 639).

Abogados del apelante: *Sres. Herminia y Leopoldo Tormes.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández, y Asociados del Toro, Aldrey y Hutchison.